ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ARMONDO FLORES,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL INSURANCE COMPANY, DOES 1 through 10, inclusive and ROE CORPORATIONS I through 10, inclusive,<br><br>   Defendants. | Case No.: 2:22-cv-01535-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff ARMONDO FLORES ("Plaintiff"), by and through his counsel, H&P LAW, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each

…

…

…

…

…

90682213.1

1 | party to bear their own attorney's fees and costs.

2 | Dated this 3rd day of March, 2023.        Dated this ___ day of February, 2023.

3 | LEWIS BRISBOIS BISGAARD & SMITH LLP        H&P LAW

5 | /s/ Robert W. Freeman                     /s/ [signature]

6 | Robert W. Freeman, Esq.                   Marjorie L. Hauf, Esq.
Nevada Bar No. 3062                        Nevada Bar No. 8111
7 | Cheryl A. Grames, Esq.                   Cara Xidis, Esq.
Nevada Bar No. 12752                       Nevada Bar No. 11743
8 | 6385 S. Rainbow Boulevard, Suite 600      8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89118                    Las Vegas, Nevada 89147
9 | *Attorneys for Defendant State Farm Mutual*  *Attorneys for Plaintiff Armondo Flores*
*Automobile Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED: March 14, 2023

_____
UNITED STATES DISTRICT JUDGE

90682213.1                          2